| | |
|---|---|
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| Trenton R. Kashima (SBN 291405) | Molly Moriarty Lane, Bar No. 149206 |
| 401 West C St., Suite 1760 | molly.lane@morganlewis.com |
| San Diego, CA 92101 | Christina Chen, Bar No. 294921 |
| Tel: (714) 651-8845 | christina.chen@morganlewis.com |
| tkashima@milberg.com | One Market |
| | Spear Street Tower |
| *Attorneys for Plaintiffs and the Class* | San Francisco, CA 94105-1596 |
| | Tel:  +1.415.442.1000 |
| [Additional counsel listed on signature page] | Fax: +1.415.442.1001 |
| | |
| | *Attorneys for Defendant* |
| | *HP, Inc.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUD and WAYNE MCMATH, individually and on behalf of all others similarly situated, | Case No. 5:22-cv-03794-BLF |
| Plaintiff, | **STIPULATION TO RESCHEDULE DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT, AND TO SET BRIEFING SCHEDULE ON ANY MOTION TO DISMISS** |
| v. | |
| HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation, | |
| Defendant. | Complaint Filed:  June 27, 2022 |
| | Judge:  Hon. Beth Labson Freeman |

Plaintiffs Gary Freund and Wayne McMath, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant HP Inc. ("HP" or "Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and request an order rescheduling HP's deadline to respond to Plaintiffs' Class Action Complaint ("Complaint"), and setting a briefing schedule on any motion(s) that HP may file in response to the Complaint. This stipulation is based on the following facts:

**RECITALS**

1. On June 27, 2022, Plaintiffs filed the Class Action Complaint ("Complaint") in this action. Dkct. No. 1.

2. The Complaint was served on HP on July 20, 2022.

3. HP's current deadline to respond to the Complaint is August 9, 2022.

4. The parties have conferred and agreed to extend by 37 days HP's deadline to answer or otherwise respond to the Complaint, from August 9, 2022, to September 15, 2022.

5. The parties also wish to set a briefing schedule for any motion that HP may file in response to the SAC.

6. Good cause exists for the requested extensions, as the stipulated deadlines will not change or alter the date of any event or any deadline already fixed by Court order under Local Rule 6-1(a), and this is the Parties' first request for an extension of time with respect to the Complaint.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED and REQUESTED by and between the parties, through their respective counsel, that:

7. HP's response to the Complaint shall be due on September 15, 2022.

8. Plaintiffs' deadline to file an opposition or oppositions to any motion(s) filed in response to the Complaint shall be October 13, 2022.

9. HP's deadline to file a reply or replies in support of any motion(s) in response to the Complaint shall be October 27, 2022.

**IT IS SO STIPULATED.**

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 43801996.1

| | |
|---|---|
| Dated:  August 8, 2022 | Respectfully submitted, |
| | MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC |
| | By: /s/ Trenton R. Kashima<br>Trenton R. Kashima |
| | MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>Nick Suciu*<br>6905 Telegraph Rd., Suite 115<br>Bloomfield Hills, MI 48301<br>Tel: (313) 303-4372<br>Email: nsuciu@milberg.com |
| | MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>Gary Klinger<br>Russell Busch<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>Email:  gklinger@milberg.com<br>            rbusch@milberg.com |
| | *Pro Hac Vice Application Forthcoming |
| | Attorneys for Plaintiffs |
| Dated:  August 8, 2022 | MORGAN, LEWIS & BOCKIUS LLP |
| | By: /s/ Molly Moriarty Lane<br>Molly Moriarty Lane<br>Christina Chen |
| | Attorneys for Defendant |

3

STIP. TO RESCHEDULE DEADLINE
FOR DEFENDANT TO RESPOND TO COMP. AND
BRIEFING SCHEDULE ON ANY MOT. TO DISMISS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 43801996.1

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs, whose electronic signature appears above, has concurred in this filing.

By: */s/ Christina Chen*