UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUD and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,<br><br>Defendant. | Case No. 5:22-cv-03794-BLF<br><br>**[PROPOSED] ORDER ON STIPULATION TO RESCHEDULE DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT, AND TO SET BRIEFING SCHEDULE ON ANY MOTION TO DISMISS**<br><br>Complaint Filed: June 27, 2022<br>Judge: Hon. Beth Labson Freeman |

Having considered the Stipulation of Plaintiffs Gary Freund and Wayne McMath (the "Plaintiffs") and Defendant HP Inc. ("HP") (collectively, "the Parties"), to reschedule HP's deadline to respond to the Class Action Complaint (Dkct. No. 1), and to set a briefing schedule on any motion(s) that HP may file in response, and GOOD CAUSE APPEARING, the **COURT ORDERS** as follows:

1. HP's response to the Class Action Complaint shall be due on September 15, 2022.

2. Plaintiffs' deadline to file an opposition or oppositions to any motion(s) filed in response to the Class Action Complaint shall be October 13, 2022.

3. HP's deadline to file a reply or replies in support of any motion(s) in response to the Class Action Complaint shall be October 27, 2022.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                        The Honorable Beth L. Freeman
                                        United States District Judge