MILBERG COLEMAN BRYSON PHILLIPS
  GROSSMAN, PLLC
John J. Nelson (SBN 317598)
jnelson@milberg.com
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel:  +1.858.209.6941
Fax: +1.865.522.0049

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>HP, INC., dba HP COMPUTING AND PRINTING, a Delaware corporation,<br><br>            Defendants | Case No. 5:22-cv-03794-BLF<br><br>**NOTICE OF APPEARANCE OF JOHN J. NELSON ON BEHALF OF PLAINTIFFS GARY FREUND AND WAYNE MCMATH**<br><br>Honorable Beth L. Freeman |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that John J. Nelson of Milberg Coleman Bryson Phillips Grossman PLLC hereby enters an appearance as counsel for Plaintiffs Gary Freund and Wayne McMath in the above-captioned matter. Please serve said counsel with all pleadings and notices in this action:

> John J. Nelson (Bar No. 317598)
> Milberg Coleman Bryson Phillips Grossman PLLC
> 280 S. Beverly Drive
> Beverly Hills, CA 90212
> Tel: +1.858.209.6941
> jnelson@milberg.com

Dated: October 17, 2022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

By /s/ *John J. Nelson*
John J. Nelson (SBN 317598)

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 17, 2022, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                                       */s/ John J. Nelson*
                                                     John J. Nelson