**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GARY FREUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HP, INC, <br><br> Defendant. | Case No. 22-cv-03794-BLF <br><br> **ORDER STRIKING PLAINTIFFS' OPPOSITION TO DEFENDANT SANOFI-AVENTIS U.S. LLC'S MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR FAILURE TO COMPLY WITH STANDING ORDERS** <br><br> [Re: ECF No. 19] |

Plaintiffs have submitted an Opposition to Defendant Sanofi-Aventis U.S. LLC's Motion to Dismiss Second Amended Complaint that fails to comply with this Court's standing orders because it contains single-spaced footnotes and quotations. *See* Standing Order re Civil Cases § IV.E-F. The Opposition is hereby STRICKEN. Plaintiffs SHALL refile a compliant document no later than **October 21, 2022**.

**IT IS SO ORDERED.**

Dated: October 17, 2022

_____
BETH LABSON FREEMAN
United States District Judge