**MORGAN, LEWIS & BOCKIUS LLP**
Molly Moriarty Lane, Bar No. 149206
molly.lane@morganlewis.com
Christina Chen, Bar No. 294921
christina.chen@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

*Attorneys for Defendant
HP Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,<br><br>Defendant. | Case No. 5:22-cv-03794-BLF<br><br>**NOTICE OF APPEARANCE OF MOLLY MORIARTY LANE ON BEHALF OF DEFENDANT HP INC.** |

Case No.: 5:21-cv-08015-BLF

NOTICE OF APPEARANCE

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Molly Moriarty Lane of Morgan Lewis & Bockius LLP, hereby enters an appearance as counsel for Defendant HP Inc., in the above-captioned matter:

Molly Moriarty Lane, Bar No. 149206
molly.lane@morganlewis.com
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone:   +1.415.442.1000
Facsimile:    +1.415.442.1001

Please serve said counsel with all pleadings and notices in this action.

Dated: October 17, 2022                                MORGAN, LEWIS & BOCKIUS LLP

                                                                         By */s/ Molly Moriarty Lane*
                                                                              Molly Moriarty Lane

                                                                         Attorney for Defendant HP Inc.

Case No.: 5:21-cv-08015-BLF                                            NOTICE OF APPEARANCE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 17, 2022, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                                  */s/ Molly Moriarty Lane*
                                                  Molly Moriarty Lane