UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Freund, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HP, Inc, <br><br> Defendant | Case No.  22-cv-03794-BLF <br><br> **NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Monique Olivier
> Olivier Schreiber & Chao LLP
> 201 Filbert St.
> San Francisco, CA 94133
> 415-602-6554
> monique@osclegal.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
22-cv-03794-BLF

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: November 4, 2022

MARK B. BUSBY
Clerk of Court
by: Alice M. Fiel

_____
ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov