| | |
|---|---|
| Trenton R. Kashima (SBN 291405) **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** 401 West C St., Suite 1760 San Diego, CA 92101 Tel: (714) 651-8845 tkashima@milberg.com | **MORGAN, LEWIS & BOCKIUS LLP** Molly Moriarty Lane (SBN 149206) molly.lane@morganlewis.com Christina Chen (SBN 294921) christina.chen@morganlewis.com One Market Spear Street Tower San Francisco, CA 94105-1596 Tel:  +1.415.442.1000 Fax:  +1.415.442.1001 |
| Nick Suciu* **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** 6905 Telegraph Rd., Suite 115 Bloomfield Hills, MI 48301 Tel: (313) 303-3472 Email: nsuciu@milberg.com | *Attorneys for Defendant HP Inc.* |
| Gary Klinger* Russell Busch **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** 227 W. Monroe Street, Suite 2100 Chicago, IL 60606 Tel.: (866) 252-0878 Email: gklinger@milberg.com rbusch@milberg.com | |

*\*Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY FREUND and WAYNE MCMATH,** individually and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>**HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,**<br><br>   Defendant. | Case No: 5:22-cv-03794-BLF<br><br>**[PROPOSED] SCHEDULING ORDER**<br><br>Complaint Filed:  June 27, 2022<br>Judge:  Hon. Beth Labson Freeman |

**WHEREAS**, on October 13, 2022, Plaintiffs Gary Freund and Wayne McMath ("Plaintiffs") and Defendant HP Inc. ("HP") filed a Joint Case Management Statement that agreed to the following deadlines:

| EVENT | PARTIES' AGREED DEADLINE |
|---|---|
| Rule 26 Disclosures | Fourteen (14) days following the Court Order on Defendant's Motion to Dismiss |
| Deadline for Plaintiffs to Amend Complaint | November 25, 2022 |
| Plaintiff's Motion for Class Certification / Plaintiff's Initial Expert Witness Disclosure and Reports | October 16, 2023 |
| Plaintiffs to Produce Class Certification Experts for Deposition | November 20, 2023 |
| Defendant's Response in Opposition to Plaintiff's Motion for Class Certification / Defendant's Initial Expert Witness Disclosure and Reports | December 21, 2023 |
| Plaintiff's Reply in Support of Motion for Class Certification/ Rebuttal Expert Witness Disclosures | January 22, 2024 |

**WHEREAS**, on October 20, 2022, the Court held the Initial Case Management Conference in this matter and entered a Case Management Scheduling Order which set the below deadlines:

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Request Leave to Amend the Pleadings per F. R. Civ. P 15 | 60 Days from Date of the Court's Case Management Order |
| Last Day File Motion Class Certification | 10/16/2023 |
| Last Day to Hear Dispositive Motions | 11/14/2024 at 9:00 AM |
| Final Pretrial Conference | 2/27/2025 at 1:30 PM |
| Trial | 4/7/2025 at 9:00 AM |

**WHEREAS**, the Court ordered Plaintiffs and HP to meet and confer regarding the remainder of the schedule, the parties have agreed to the following additional pre-trial deadlines, which may be modified, by agreement, before trial:

| EVENT | DATE OR DEADLINE |
|---|---|
| Close of Fact Discovery | May 6, 2024 |
| Expert Disclosures and Reports | July 8, 2024 |
| Rebuttal Expert Disclosures and Reports | September 13, 2024 |
| Close of Expert Discovery | October 11, 2024 |

The Court, having considered the parties' jointly proposed schedule for additional pre-trial deadlines, and good cause appearing therefor,

**IT IS SO ORDERED.**

Dated: November 7, 2022        By: /s/ Beth Labson Freeman

The Honorable Beth L. Freeman
United States District Judge

- 1 -

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs has concurred in this filing.

By: */s/ Christina Chen*