| | |
|---|---|
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**<br>Trenton R. Kashima (SBN 291405)<br>401 West C St., Suite 1760<br>San Diego, CA 92101<br>Tel: (714) 651-8845<br>tkashima@milberg.com<br><br>*Attorneys for Plaintiffs and the Class*<br><br>[Additional counsel listed on signature page] | **MORGAN, LEWIS & BOCKIUS LLP**<br>Molly Moriarty Lane, Bar No. 149206<br>molly.lane@morganlewis.com<br>Christina Chen, Bar No. 294921<br>christina.chen@morganlewis.com<br>One Market<br>Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel:    +1.415.442.1000<br>Fax:   +1.415.442.1001<br><br>*Attorneys for Defendant<br>HP Inc.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,<br><br>          Defendant. | Case No. 5:22-cv-03794-BLF<br><br>**STIPULATION TO RESCHEDULE DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT, AND TO SET BRIEFING SCHEDULE ON ANY MOTION TO DISMISS**<br><br>Original Complaint Filed:  June 27, 2022<br>Judge:  Hon. Beth Labson Freeman |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

DB2/ 45079199.1

1

STIP. TO RESCHEDULE DEADLINE FOR DEFENDANT TO RESPOND TO COMP. AND BRIEFING SCHEDULE ON ANY MOT. TO DISMISS

Plaintiffs Gary Freund and Wayne McMath, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant HP Inc. ("HP" or "Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and request an order rescheduling HP's deadline to respond to Plaintiffs' First Amended Class Action Complaint ("Complaint"), and setting a briefing schedule on any motion(s) that HP may file in response to the Complaint. This stipulation is based on the following facts:

**RECITALS**

1. On January 13, 2023, the Court entered an Order Granting Defendant's Motion to Dismiss Plaintiffs' Complaint with Leave to Amend ("Order"). Dkct. No. 39. The Order provides that Plaintiffs may submit an amended complaint by no later than February 10, 2023. *Id.* at 12.

2. The parties have conferred and agreed to extend HP's deadline to answer or otherwise respond to Plaintiffs' forthcoming First Amended Complaint.

3. The parties also wish to set a briefing schedule for any motion that HP may file in response to the First Amended Complaint.

4. Good cause exists for the requested extensions, as the stipulated deadlines will not change or alter the date of any event or any deadline already fixed by Court order under Local Rule 6-1(a), and this will be Parties' first request for an extension of time with respect to HP's response to Plaintiffs' forthcoming First Amended Complaint.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED and REQUESTED by and between the parties, through their respective counsel, that:

5. HP's response to the First Amended Complaint shall be due on March 17, 2023.

6. Plaintiffs' deadline to file an opposition or oppositions to any motion(s) filed in response to the First Amended Complaint shall be April 7, 2023.

7. HP's deadline to file a reply or replies in support of any motion(s) in response to the First Amended Complaint shall be April 28, 2023.

**IT IS SO STIPULATED.**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    STIP. TO RESCHEDULE DEADLINE
     FOR DEFENDANT TO RESPOND TO COMP. AND
     BRIEFING SCHEDULE ON ANY MOT. TO DISMISS

DB2/ 45079199.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 8, 2023 | Respectfully submitted, |
| 3 | | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC |
| 4 | | By: /s/ Trenton R. Kashima |
| 5 | | Trenton R. Kashima |
| 6 | | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC |
| 7 | | Nick Suciu* 6905 Telegraph Rd., Suite 115 |
| 8 | | Bloomfield Hills, MI 48301 Tel: (313) 303-4372 |
| 9 | | Email: nsuciu@milberg.com |
| 10 | | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC |
| 11 | | Gary Klinger Russell Busch |
| 12 | | 227 W. Monroe Street, Suite 2100 Chicago, IL 60606 |
| 13 | | Tel: (866) 252-0878 Email: gklinger@milberg.com |
| 14 | | rbusch@milberg.com |
| 15 | | *Pro Hac Vice Application Forthcoming |
| 16 | | Attorneys for Plaintiffs |
| 17 | Dated: February 8, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| 18 | | By: /s/ Molly Moriarty Lane Molly Moriarty Lane |
| 19 | | Christina Chen |
| 20 | | |
| 21 | | Attorneys for Defendant |

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs, whose electronic signature appears above, has concurred in this filing.

By: /s/ Christina Chen