UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,<br><br>Defendant. | Case No. 5:22-cv-03794-BLF<br><br>**[~~PROPOSED~~] ORDER ON STIPULATION TO RESCHEDULE DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT, AND TO SET BRIEFING SCHEDULE ON ANY MOTION TO DISMISS**<br><br>Original Complaint Filed: June 27, 2022<br>Judge: Hon. Beth Labson Freeman |

Having considered the Stipulation of Plaintiffs Gary Freund and Wayne McMath (the "Plaintiffs") and Defendant HP Inc. ("HP") (collectively, "the Parties"), seeking to reschedule HP's deadline to respond to Plaintiffs' First Amended Complaint and to set a briefing schedule on any motion(s) that HP may file in response, and GOOD CAUSE APPEARING, the **COURT ORDERS** as follows:

1. HP's response to the First Amended Complaint shall be due on March 17, 2023.

2. Plaintiffs' deadline to file an opposition or oppositions to any motion(s) filed in response to the First Amended Complaint shall be April 7, 2023.

3. HP's deadline to file a reply or replies in support of any motion(s) in response to the First Amended Complaint shall be April 28, 2023.

**IT IS SO ORDERED.**

Dated: February 9, 2023            By: _____
                                        The Honorable Beth L. Freeman
                                        United States District Judge