**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Trenton R. Kashima (SBN 291405)
401 West C St., Suite 1760
San Diego, CA 92101
Tel: (714) 651-8845
tkashima@milberg.com

*Attorneys for Plaintiffs and the Class*

[Additional counsel listed on signature page]

**MORGAN, LEWIS & BOCKIUS LLP**
Molly Moriarty Lane, Bar No. 149206
molly.lane@morganlewis.com
Christina Chen, Bar No. 294921
christina.chen@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

*Attorneys for Defendant
HP Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,<br><br>Defendant. | Case No. 5:22-cv-03794-BLF<br><br>**STIPULATION TO RELIEVE THE PARTIES OF COURT-SPONSORED MEDIATION AND TO EXTEND DEADLINE TO COMPLETE MEDIATION**<br><br>Original Complaint Filed:  June 27, 2022<br>Judge:  Hon. Beth Labson Freeman |

Plaintiffs Gary Freund and Wayne McMath, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant HP Inc. ("HP" or "Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and request an order relieving the parties of court-sponsored mediation, and to extend the deadline to complete mediation. This stipulation is based on the following facts:

**RECITALS**

1. On October 31, 2022, the Parties filed a joint Stipulation and [Proposed] Order Selecting ADR Process. (Dckt. No. 29).

2. On October 31, 2022, the Court granted the Parties' stipulation, in which the Parties agreed to participate in a mediation under ADR L.R. 6., and to hold the ADR session by March 10, 2023. (Dckt. No. 35).

3. The Parties have since met and conferred and agree that mediation is premature given the current posture of the case, and that the Parties would like to use private mediation instead of the Court's ADR program.

4. Thus, the Parties wish to forego court-sponsored mediation, and to extend until September 29, 2023, the deadline to complete private mediation.

5. Extension of the deadline to complete mediation will not interfere with the progress of discovery or other aspects of this litigation, and shall not impact any of the other dates set forth in the Court's October 21, 2022 Case Management Order (Dckt No. 27) or the Parties' Stipulated Scheduling Order (Dckt. No. 33).

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED and REQUESTED by and between the parties, through their respective counsel, that:

6. The Parties are relieved of this Court's order requiring court-sponsored mediation under ADR L.R. 6.

7. The Parties' deadline to complete mediation is extended from March 10, 2023, to September 29, 2023.

**IT IS SO STIPULATED.**

Dated:  March 2, 2023                              Respectfully submitted,

                                              MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC

By: */s/ Trenton R. Kashima*
Trenton R. Kashima

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
Nick Suciu*
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel: (313) 303-4372
Email: nsuciu@milberg.com

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
Gary Klinger
Russell Busch
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
Email:  gklinger@milberg.com
          rbusch@milberg.com

*\*Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiffs*

Dated:  March 2, 2023                              MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Molly Moriarty Lane*
Molly Moriarty Lane
Christina Chen

*Attorneys for Defendant*

STIP. TO RELIEVE THE PARTIES OF COURT-
SPONSORED MEDIATION AND TO EXTEND
DEADLINE TO COMPLETE MEDIATION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs, whose electronic signature appears above, has concurred in this filing.

By: */s/ Christina Chen*