UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,<br><br>    Defendant. | Case No. 5:22-cv-03794-BLF<br><br>**[~~PROPOSED~~] ORDER ON STIPULATION TO RELIEVE THE PARTIES OF COURT-SPONSORED MEDIATION AND TO EXTEND DEADLINE TO COMPLETE MEDIATION**<br><br>Original Complaint Filed: June 27, 2022<br>Judge: Hon. Beth Labson Freeman |

Having considered the Stipulation of Plaintiffs Gary Freund and Wayne McMath (the "Plaintiffs") and Defendant HP Inc. ("HP") (collectively, "the Parties"), seeking to relieve the parties of the Court's order requiring court-sponsored mediation, and to extend the deadline to complete mediation, and GOOD CAUSE APPEARING, the **COURT ORDERS** as follows:

1. The Parties are relieved of this Court's order requiring court-sponsored mediation under ADR L.R. 6.

2. The Parties' deadline to complete mediation is extended from March 10, 2023, to September 29, 2023.

**IT IS SO ORDERED.**

Dated: March 3, 2023          By: _____
                                The Honorable Beth L. Freeman
                                United States District Judge