| | |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | Molly Moriarty Lane, Bar No. 149206<br>molly.lane@morganlewis.com |
| 3 | Christina Chen, Bar No. 294921<br>christina.chen@morganlewis.com |
| 4 | One Market<br>Spear Street Tower |
| 5 | San Francisco, CA  94105-1596<br>Tel:     +1.415.442.1000 |
| 6 | Fax:    +1.415.442.1001 |
| 7 | *Attorneys for Defendant*<br>*HP Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,<br>    Defendant. | Case No. 5:22-cv-03794-BLF<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT HP INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>*[Filed Concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in Support Thereof, and [Proposed] Order]*<br><br>Hearing Date:  July 27, 2023<br>Hearing Time:  9:00 am<br><br>Judge:    Honorable Beth L. Freeman<br>Court:    Courtroom 3 – 5th Floor |

1  Defendant HP Inc. ("HP") respectfully requests that the Court take judicial notice of the
2  following document attached to this Request for Judicial Notice, which is being submitted in support
3  of HP's Motion to Dismiss ("Motion") Plaintiffs Gary Freund and Wayne McMath's First Amended
4  Complaint ("FAC," or the "Complaint"):

- **Exhibit A:** A true and correct copy of the webpage found at https://h30434.www3.hp.com/t5/Scanning-Faxing-Copying/Scanning-without-a-working-ink-cartridge/td-p/6777739, retrieved on March 16, 2023.

I.  **ARGUMENT**

Federal Rule of Evidence 201 allows a court to take judicial notice of facts that are "not subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). When ruling on a Rule 12(b)(6) motion to dismiss, a court may, without converting the motion to one for summary judgment, consider "documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice[.]" *United States v. Ritchie*, 342 F.3d 903, 907-08 (9th Cir. 2003). Websites and their contents may be proper subjects for judicial notice. *Threshold Enterprises Ltd. v. Pressed Juicery, Inc.*, 445 F. Supp. 3d 139, 146 (N.D. Cal. 2020); *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965 (C.D. Cal. 2005) (recognizing that "websites and their contents may be proper subjects for judicial notice" where party "supplied the court with hard copies of the actual web pages of which they sought to have the court take judicial notice").

Because Exhibit A is website that is publicly available, and there is no dispute as to the authenticity of the website, the Court may appropriately take judicial notice of this exhibit. *Daniels-Hall v. National Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010). Additionally, the Court may consider Exhibit A as a document incorporated in Plaintiffs' FAC by reference. By quoting Exhibit A and providing the web address where this page could be found online in Paragraph 30 of their complaint, Plaintiffs incorporated Exhibit A into their First Amended Complaint by reference. *Id.* The Court may therefore consider Exhibit A in connection with its ruling on HP's motion to dismiss. *Loomis v. Slendertone Distribution, Inc.*, 420 F. Supp. 3d 1046, 1063-1064 (S.D. Cal. 2019) (printouts of websites to which plaintiff referred and screenshotted were proper subjects of

incorporation-by reference, and court could review them with respect to defendant's 12(b)(6) motion to dismiss).

## II. CONCLUSION

For the foregoing reasons, HP respectfully requests that the Court take judicial notice of Exhibit A.

Dated: March 17, 2023

**MORGAN, LEWIS & BOCKIUS LLP**

By */s/ Molly Moriarty Lane*
  Molly Moriarty Lane
  Christina Chen

  Attorneys for Defendant
  HP Inc.

# EXHIBIT A

Case 5:22-cv-03794-BLF   Document 47-1   Filed 03/17/23   Page 5 of 8

# HP

Sign in

Explore   Shop   Support

Sign up / Sign in
Sign in

## Community Home

Welcome

Product Discussions

Support Resources

HP Expert Center

HP Community   Printers   Scanning, Faxing, and Copying   Scanning without a working ink cartridge?

# Scanning without a working ink cartridge?



Create an account on the HP Community to personalize your profile and ask a question

Your account also allows you to connect with HP support faster, access a personal dashboard to manage all of your devices in one place, view warranty information, case status and more.

Sign in / Create an account   Learn more

Common problems HP Solution Center not working : Adobe Flash Player Error and Unable to scan

We would like to share some of the most frequently asked questions about **HP Solution Center not working : Adobe Flash Player Error and Unable to Scan.**

 It has been a while since anyone has replied. Simply ask a new question if you would like to start the discussion again.

**Splent**
New member

2   1   0   18,263

Posted on 08-01-2018 10:13 PM

**Product:** Envy 5530
**Operating System:** Microsoft Windows 10 (32-Bit)

My black ink cartridge cacked tonight (screen on printer and warning on computer saying it failed or was damaged) and I need to scan an important document. However, it's just saying I need to replace the cartridge and won't let me go past that screen. Is there a way to scan without having to purchase a new cartridge?

**Tags:**   Envy 5530   Microsoft Windows 10 (32-Bit)

View All (2)

I HAVE THE SAME QUESTION   8 people had the same question

## 6 REPLIES

**Splent**
New member
Author

2   1   0

08-01-2018 10:17 PM

Oh, and I'm unsure if this matters, but I do everything wirelessly. Thanks.

Was this reply helpful?   YES   NO   1 person found this reply helpful

08-02-2018 06:06 PM

@Splent

**KrazyToad**
Retired
`HP`

22,744   1,530   1,378

Welcome to HP Forums. This is a great place to get support, find answers and tips.

I have gone through your Post and I would like to help

You can try printing in single cartridge mode.

Remove the damaged cartridge and perform a Printer Reset.

(1) Turn the printer on, if it is not already on.
(2) Wait until the printer is idle and silent before you continue.
(3) With the printer turned on, disconnect the power cord from the rear of the printer.
(4) Unplug the power cord from the wall outlet.
(5) Wait at least 60 seconds.
(6) Plug the power cord back into the wall outlet.
 NOTE: HP recommends connecting the printer power cord directly to the wall outlet.
(7) Reconnect the power cord to the rear of the printer.
(8) Turn on the printer, if it does not automatically turn on.

The printer might go through a warm-up period. The printer lights might flash, and the carriage might move.
Wait until the warm-up period finishes and your printer is idle and silent before you proceed

Automatically the printer should start functioning in single cartridge mode and you should be able to Scan.

Alternately you can scan using the Printer Software on your computer or you can download the HP Smart App from this Link: https://www.microsoft.com/store/apps/9wzdncrfhwlh

1. From the HP Smart app home screen, click the Scan tile.
   The Scan window opens.
2. From the Scan window, change settings such as document type (document or photo), page size, output type, source, resolution, and compression to match the scan job, and then click Scan .
   A preview of the scan displays.



3. On the preview screen, click Edit, and then make any changes with the app editing tools, such as crop or rotate. You can also click and hold one of the blue dots to manually adjust the border.
   An editable preview of the scan displays in the Edit window.



4. When you complete the edits, click Apply.
   The Result window displays any changes to the scan.
5. From the Result window you can print

Please refer to this Link: https://support.hp.com/us-en/document/c04675142

Keep me posted how it goes and if you need further assistance 👍

*We'll try and follow up in next 24 to 48 hours to check on the issue.*

Thank you and have a wonderful day 😊

**If the information I've provided was helpful, give us some reinforcement by clicking the "Solution Accepted" and this will also help other community members with similar issue.**

**KrazyToad**
I Am An HP Employee

Was this reply helpful?    YES    NO

---


**Tamaskrivitz**
New member

2    0    0

10-22-2018 10:13 AM

Dear,
I have the same problem, and I am unable to bypass this error message at startup.I did as you suggested, removed the power cord for 60seconds, and turned the machine back onn, but still the same message.

How can I bypass this situation, as I don't mind the printing...but I urgently need to scan some documents.

Kind regards,

Was this reply helpful?    YES    NO

---


**Raj1788**
HP Support Agent
HP

11,683   734   582

10-23-2018 06:03 PM

@Tamaskrivitz
Thank you for joining HP Forums.
It's a pleasure assisting you in finding answers to your technical queries.

To provide you with an accurate solution, I'll need a few more details:
Could you please help me with the error message?
Help me with the exact model name and the operating system of the computer.

Note: HP Printer is designed in such a way that with the empty cartridge or without the cartridge printer will not function.

Keep me posted, how it goes!
**If the information I've provided was helpful, give us some reinforcement by clicking the Accepted Solution and Kudos buttons, that'll help us and others see that we've got the answers!**
Have a great day!
Cheers:)

**Raj1788**
I am an HP Employee

Was this reply helpful?    YES    NO    1 person found this reply helpful

---


**Tamaskrivitz**
New member

2    0    0

10-24-2018 12:55 AM

Hello Raj,
It is a HP ENVY 4504, and I'm using Windows 10.
The error message is:

Cartrdiges missing:
Cartidges appear to be missing.If Cartidridges are installed, check that the plastic tape covering ink nozzles has been removed.

Anyway to bypas this?

Kind regards,
Tamas

Was this reply helpful?    YES    NO

---

**Raj1788**
HP Support Agent
HP

11,683   734   582

10-24-2018 02:26 PM

@Tamaskrivitz
Thanks for the reply,

As mentioned in  the previous post "HP Printer is designed in such a way that with the empty cartridge or without the cartridge printer will not function"

Case 5:22-cv-03794-BLF   Document 47-1   Filed 03/17/23   Page 8 of 8

Click on this https://support.hp.com/us-en/product/hp-envy-4500-e-all-in-one-printer-series/5304875/model/5368526/... for Replacing Ink Cartridges

Keep me posted, how it goes!
**If the information I've provided was helpful, give us some reinforcement by clicking the Accepted Solution and Kudos buttons, that'll help us and others see that we've got the answers!**
Have a great day!
Cheers:)

**Raj1788**
I am an HP Employee

Was this reply helpful?   YES   NO

# Recommendations

| | Ink | |
|---|---|---|
| Inna3 | | 02-07-2022 02:08 PM |

| | Ink cartridges not working.. | |
|---|---|---|
| Lloydsal | | 09-12-2016 05:15 AM |

| | Cartridge not working | |
|---|---|---|
| Michael173 | | 04-08-2020 11:01 AM |

| | ink cartridge? | |
|---|---|---|
| Ncyardman | | 11-13-2017 12:44 PM |

| | ink cartridge stopped working | |
|---|---|---|
| Pb813 | | 09-24-2021 11:39 AM |

⊗ **Be alert for scammers posting fake support phone numbers and/or email addresses on the community.**
If you think you have received a fake HP Support message, please report it to us by clicking on "Flag Post".

† The opinions expressed above are the personal opinions of the authors, not of HP. By using this site, you accept the Terms of Use and Rules of Participation.

  ENGLISH

| About Us | ⌄ |
|---|---|
| Ways to buy | ⌄ |
| Support | ⌄ |
| HP Partners | ⌄ |
| Stay connected | ⌄ |

Recalls | Product recycling | Accessibility | CA Supply Chains Act | Privacy | Use of cookies | Your privacy choices | Terms of use | Limited warranty statement |
Terms & conditions of sales & service

© Copyright 2023 HP Development Company, L.P.