**MORGAN, LEWIS & BOCKIUS LLP**
Molly Moriarty Lane, Bar No. 149206
molly.lane@morganlewis.com
Christina Chen, Bar No. 294921
christina.chen@morganlewis.com
Phillip J. Wiese, Bar No. 291842
phillip.wiese@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:  +1.415.442.1001

Attorneys for Defendant
HP Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,<br>Defendant. | Case No.: 5:22-cv-03794-BLF<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT HP INC** |

Case No.: 5:21-cv-08015-BLF

NOTICE OF APPEARANCE

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney from Morgan, Lewis & Bockius LLP, enters his appearance as counsel for Defendant HP, Inc., in this matter:

Phillip J. Wiese
phillip.wiese@morganlewis.com
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: +1.415.442.1000
Facsimile: +1.415.442.1001

Please serve said counsel with all pleadings and notices in this action.

Dated:     April 28, 2023                    MORGAN, LEWIS & BOCKIUS LLP

                                             By */s/ Phillip J. Wiese*
                                             Phillip J. Wiese

                                             Attorneys for Defendant HP Inc.

Case No.: 5:21-cv-08015-BLF                  1                    NOTICE OF APPEARANCE