UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>HP, INC,<br><br>            Defendant. | Case No. 22-cv-03794-BLF<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[Re: ECF No. 47] |

The Court finds this Defendant's motion to dismiss Plaintiff's first amended complaint (ECF No. 47) suitable for determination without oral argument. *See* L.R. Civ. 7-1(b). The hearing on Defendant's motion, set for July 27, 2023, is VACATED.

**IT IS SO ORDERED.**

Dated: July 21, 2023

_____
BETH LABSON FREEMAN
United States District Judge