UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUD and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,<br><br>Defendant. | Case No. 5:22-cv-03794-BLF<br><br>**[PROPOSED] ORDER ON STIPULATION TO RESCHEDULE DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Original Complaint Filed: June 27, 2022<br>Judge: Hon. Beth Labson Freeman |

Having considered the Stipulation of Plaintiffs Gary Freund and Wayne McMath (the "Plaintiffs") and Defendant HP Inc. ("HP") (collectively, "the Parties"), to extend HP's deadline to respond to the First Amended Class Action Complaint (Dkt. No. 56), and **GOOD CAUSE APPEARING**, the **COURT ORDERS** as follows:

1. HP's response to the First Amended Class Action Complaint shall be due on September 7, 2023.

**IT IS SO ORDERED.**

Dated: _____   By: _____
The Honorable Beth L. Freeman
United States District Judge