1

**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**

2   Trenton R. Kashima (SBN 291405)
401 West C St., Suite 1760

3   San Diego, CA 92101
Tel: (714) 651-8845

4   tkashima@milberg.com

5   *Attorneys for Plaintiffs and the Class*

6   [Additional counsel listed on signature page]

**MORGAN, LEWIS & BOCKIUS LLP**
Molly Moriarty Lane, Bar No. 149206
molly.lane@morganlewis.com
Phillip J. Wiese, Bar No. 291842
phillip.wiese@morganlewis.com
Christina Chen, Bar No. 294921
christina.chen@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

*Attorneys for Defendant*
*HP Inc.*

7

8

9            UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12   GARY FREUND and WAYNE MCMATH,
individually and on behalf of all others

13   similarly situated,

14                  Plaintiff,

15            v.

16   HP INC., d/b/a HP COMPUTING AND
PRINTING INC., Delaware corporation,

17                  Defendant.

18

Case No. 5:22-cv-03794-BLF

**STIPULATION TO RESCHEDULE**
**DEFENDANT'S DEADLINE TO**
**RESPOND TO PLAINTIFFS' FIRST**
**AMENDED CLASS ACTION**
**COMPLAINT**

Original Complaint Filed:  June 27, 2022
Judge:  Hon. Beth Labson Freeman

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO RESCHEDULE DEADLINE
FOR DEFENDANT TO RESPOND TO COMPLAINT

Plaintiffs Gary Freund and Wayne McMath, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant HP Inc. ("HP" or "Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and request an order rescheduling HP's deadline to respond to Plaintiffs' First Amended Class Action Complaint ("Complaint").  This stipulation is based on the following facts:

### RECITALS

1.     On August 10, 2023, the Court entered an Order Granting in Part and Denying in Part Motion to Dismiss First Amended Complaint ("Order").  Dkt. No. 55.  The Order did not provide a date by which HP must respond to the complaint.  Pursuant to Federal Rule 12(a)(4)(A), HP's response is due on August 24, 2023.

2.     The parties have conferred and agreed to a two-week extension of HP's deadline to respond to Plaintiffs' First Amended Complaint.

3.     Good cause exists for the requested two-week extension, as the stipulated deadline will not change or alter the date of any event or any deadline already fixed by Court order under Local Rule 6-1(a), and this will be Parties' first request for an extension of time with respect to HP's response to Plaintiffs' First Amended Complaint after the Court's Order.

### STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED and REQUESTED by and between the parties, through their respective counsel, that:

1.     HP's response to the First Amended Complaint shall be due on September 7, 2023.

**IT IS SO STIPULATED.**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO RESCHEDULE DEADLINE
FOR DEFENDANT TO RESPOND TO COMPLAINT

1

Dated:  August 23, 2023

Respectfully submitted,

2

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC

3

By: */s/ Gary Klinger*

4

Gary Klinger
Russell Busch
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
Email:  gklinger@milberg.com
            rbusch@milberg.com

5

6

7

8

Trenton R. Kashima
401 West C St., Suite 1760
San Diego, CA 92101
Tel: (714) 651-8845
 Email: tkashima@milberg.com

9

10

11

*Attorneys for Plaintiffs*

12

Dated:  August 23, 2023

MORGAN, LEWIS & BOCKIUS LLP

13

By: */s/ Molly Moriarty Lane*

14

Molly Moriarty Lane
Phillip J. Wiese
Christina Chen
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: +1.415.442.1000
Email:  molly.lane@morganlewis.com
            phillip.wiese@morganlewis.com
            christina.chen@morganlewis.com

15

16

17

18

19

*Attorneys for Defendant*

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. TO RESCHEDULE DEADLINE
FOR DEFENDANT TO RESPOND TO COMPLAINT

1

**ATTORNEY'S E-FILING ATTESTATION**

2

  As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby

3

attest that counsel for Plaintiffs, whose electronic signature appears above, has concurred in this

4

filing.

5

            By: */s/ Phillip J. Wiese*  

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIP. TO RESCHEDULE DEADLINE
FOR DEFENDANT TO RESPOND TO COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

GARY FREUD and WAYNE MCMATH,
individually and on behalf of all others similarly
situated,

          Plaintiff,

    v.

HP INC., d/b/a HP COMPUTING AND
PRINTING INC., Delaware corporation,

          Defendant.

Case No. 5:22-cv-03794-BLF

[~~PROPOSED~~] ORDER ON
STIPULATION TO RESCHEDULE
DEFENDANT'S DEADLINE TO
RESPOND TO PLAINTIFFS' FIRST
AMENDED CLASS ACTION
COMPLAINT

Original Complaint Filed:  June 27, 2022
Judge:  Hon. Beth Labson Freeman

Having considered the Stipulation of Plaintiffs Gary Freund and Wayne McMath (the "Plaintiffs") and Defendant HP Inc. ("HP") (collectively, "the Parties"), to extend HP's deadline to respond to the First Amended Class Action Complaint (Dkt. No. 56), and GOOD CAUSE APPEARING, the **COURT ORDERS** as follows:

1.      HP's response to the First Amended Class Action Complaint shall be due on September 7, 2023.

**IT IS SO ORDERED.**


Dated:    August 23, 2023          By:

The Honorable Beth L. Freeman
United States District Judge