AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Gary Freund, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:22-cv-03794 |
| HP, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Gary Freund and Wayne McMath.

Date:  09/07/2023

s/John R. Parker, Jr.
*Attorney's signature*

John R. Parker, Jr. (CA Bar# 257761)
*Printed name and bar number*

Almeida Law Group LLC
3550 Watt Avenue, Suite 140
Sacramento, CA 95821
*Address*

jrparker@almeidalawgroup.com
*E-mail address*

(916) 616-2936
*Telephone number*

*FAX number*