| | |
|---|---|
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**<br>Trenton R. Kashima (SBN 291405)<br>401 West C St., Suite 1760<br>San Diego, CA 92101<br>Tel: (714) 651-8845<br>tkashima@milberg.com<br><br>*Attorneys for Plaintiffs and the Class*<br><br>[Additional counsel listed on signature page] | **MORGAN, LEWIS & BOCKIUS LLP**<br>Molly Moriarty Lane, Bar No. 149206<br>molly.lane@morganlewis.com<br>Phillip J. Wiese, Bar No. 291842<br>phillip.wiese@morganlewis.com<br>Christina Chen, Bar No. 294921<br>christina.chen@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel:    +1.415.442.1000<br>Fax:   +1.415.442.1001<br><br>*Attorneys for Defendant*<br>*HP Inc.* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,<br><br>                    Defendant. | Case No. 5:22-cv-03794-BLF<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION**<br><br>Original Complaint Filed:  June 27, 2022<br>Judge:  Hon. Beth Labson Freeman |

Plaintiffs Gary Freund and Wayne McMath, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant HP Inc. ("HP" or "Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and request an order from the Court extending the Parties' deadline to complete mediation. This stipulation is based on the following facts:

**RECITALS**

1. On March 2, 2023, the Parties filed a joint Stipulation to Relieve the Parties of Court-Sponsored Mediation and to Extend the Deadline to Complete Mediation. (Dckt. No. 45). In their stipulation, the Parties agreed to participate in private mediation and requested that the Court extend the Parties' deadline to complete mediation. (*Id.*).

2. On March 3, 2023, the Court granted the Parties' Stipulation, and extended the deadline for the Parties to complete mediation from March 10, 2023, to September 29, 2023. (Dckt. No. 46).

3. Since then, the Parties have engaged in further motion briefing on HP's Motion to Dismiss Plaintiffs' First Amended Complaint. The Court entered an Order Granting in Part and Denying in Part HP's motion to dismiss on August 10, 2023. (Dckt. No. 55). HP filed its Answer to Plaintiffs' Complaint on September 21, 2023. (Dckt. No. 61).

4. The Parties have subsequently engaged in discussions regarding the exchange of party discovery, and preparation of a protective order and ESI protocol to govern the Parties' anticipated document productions.

5. With respect to mediation, the Parties have met and conferred and agree that mediation at this stage of the case is premature, and therefore respectfully request that the deadline to complete mediation be extended to the later date of March 29, 2024.

6. The Court's extension of this deadline to March 29, 2024, will not interfere with the progress of discovery, motion and expert report deadlines in the Court's operative scheduling orders (Dckt. Nos. 27 and 33), or other aspects of this litigation. The Parties are also currently discussing updated deadlines that will be set forth in a proposed, amended scheduling order that the Parties will soon submit to the Court for its review.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED and REQUESTED by and between the parties, through their respective counsel, that:

1. The Parties' deadline to complete mediation is extended from September 29, 2023, to March 29, 2024.

**IT IS SO STIPULATED.**

Dated:  September 27, 2023

Respectfully submitted,

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC

By: */s/ Trenton R. Kashima*
Gary Klinger
Russell Busch
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
Email:  gklinger@milberg.com
            rbusch@milberg.com

Trenton R. Kashima
401 West C St., Suite 1760
San Diego, CA 92101
Tel: (714) 651-8845
Email: tkashima@milberg.com

*Attorneys for Plaintiffs*

Dated:  September 27, 2023

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Molly Moriarty Lane*
Molly Moriarty Lane
Phillip J. Wiese
Christina Chen
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: +1.415.442.1000
Email:  molly.lane@morganlewis.com
            phillip.wiese@morganlewis.com
            christina.chen@morganlewis.com

*Attorneys for Defendant*

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs, whose electronic signature appears above, has concurred in this filing.

By: */s/ Christina Chen*