UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,<br><br>Defendant. | Case No. 5:22-cv-03794-BLF<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION** |

Having considered the Stipulation of Plaintiffs Gary Freund and Wayne McMath, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant HP Inc. ("HP" or "Defendant") (collectively, "the Parties"), seeking to extend the Parties' deadline to complete mediation, and GOOD CAUSE APPEARING, the **COURT ORDERS** as follows:

1. The Parties' deadline to complete mediation is extended from September 29, 2023, to March 29, 2024.

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                       The Honorable Beth L. Freeman
                                       United States District Judge