**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Trenton R. Kashima (SBN 291405)
401 West C St., Suite 1760
San Diego, CA 92101
Tel: (714) 651-8845
tkashima@milberg.com

*Attorneys for Plaintiffs and the Class*

[Additional counsel listed on signature page]

**MORGAN, LEWIS & BOCKIUS LLP**
Molly Moriarty Lane, Bar No. 149206
molly.lane@morganlewis.com
Phillip J. Wiese, Bar No. 291842
phillip.wiese@morganlewis.com
Christina Chen, Bar No. 294921
christina.chen@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

*Attorneys for Defendant
HP Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,<br><br>Defendant. | Case No. 5:22-cv-03794-BLF<br><br>**STIPULATION TO MODIFY ORIGINAL SCHEDULING ORDERS [DCKT NOS. 27 AND 33] AND FOR AMENDED SCHEDULING ORDER**<br><br>Original Complaint Filed:  June 27, 2022<br>Judge:  Hon. Beth Labson Freeman |

Plaintiffs Gary Freund and Wayne McMath, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant HP Inc. ("HP" or "Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and request an amended scheduling order, modifying the Court's prior scheduling orders entered on October 21, 2022 and November 7, 2022, to enable the parties to complete the necessary discovery and prepare their experts for the class certification phase. This is the Parties' first request for an extension of the scheduling order deadlines.

## RECITALS

1. On October 21, 2022, the Court entered a Case Management Scheduling Order that set deadlines for Plaintiffs' last day to file a motion for class certification, the last day for dispositive motions to be heard, a date and time for the Parties' final pretrial conference, and the trial date. (Dckt. No. 27).

2. On November 7, 2022, the Court entered another Order setting additional pre-trial deadlines, *i.e.* deadlines for the close of fact discovery, expert disclosures and reports, rebuttal expert disclosures and reports, and the close of expert discovery. (Dckt. No. 33).

3. Since the Court's entry of those orders, the Parties have engaged in further motion briefing and hearings on the pleadings, including HP's motions to dismiss Plaintiffs' originally filed complaint and First Amended Complaint. (Dckt. Nos. 14 and 47).

4. On January 5, 2023, the Court held a hearing on HP's motion to dismiss Plaintiffs' originally filed complaint. (Dckt. No. 36).

5. On January 13, 2023, the Court entered an Order Granting HP's Motion to Dismiss Complaint with Leave to Amend. (Dckt. No. 39).

6. On February 10, 2023, Plaintiffs filed their First Amended Class Action Complaint. (Dckt. No. 43).

7. On March 17, 2023, HP filed a Motion to Dismiss Plaintiffs' First Amended Class Action Complaint. (Dckt. No. 47).

8. The Court subsequently entered an Order Granting in Part and Denying in Part HP's Motion to Dismiss Plaintiffs' First Amended Class Action Complain on August 10, 2023. (Dckt. No. 55).

9. HP filed its Answer to Plaintiffs' First Amended Complaint on September 21, 2023. (Dckt. No. 61).

10. Plaintiffs filed a Motion to Strike HP's Answer to Plaintiffs' Amended Complaint on September 27, 2023, which the Court has set for hearing on February 22, 2024. (Dckt. No. 62).

11. During the pendency of these motions and pleadings, the Parties have started to discuss the anticipated exchange of party discovery, and preparation of a protective order and ESI protocol to govern the Parties' document productions.

12. Under the original October 21, 2022 and November 7, 2022 scheduling orders, Plaintiffs' deadline to file a motion for class certification and serve their initial expert witness disclosure and reports is set for October 16, 2023. Given the current status of the case, however, in which the Parties are still litigating the pleadings and have only recently started to discuss mutual protocols for the exchange of written discovery, the Parties believe that it is necessary to amend their prior scheduling orders.

13. The Parties have jointly proposed an amended scheduling order which includes reasonable dates by which the Parties can complete discovery, meet and confer regarding any potential issues with discovery requests or purported deficiencies with document productions/discovery responses, notice and take depositions, work with their respective experts to obtain the information needed for their respective experts to prepare their opinions and testimony, and for the Parties to prepare their class certification briefing.

14. This Stipulation is the Parties' first request for an extension of the deadlines set forth in the prior scheduling orders.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED and REQUESTED by and between the Parties, through their respective counsel, that the Court enter an amended scheduling order setting forth new deadlines, as the Parties have jointly proposed below:

| EVENT | ORIGINAL DATE | NEW DATE |
|---|---|---|
| Plaintiff's Motion for Class Certification / Plaintiff's Initial Expert Witness Disclosure and Reports | October 16, 2023 | February 18, 2025 |
| Plaintiffs to Produce Class Certification Experts for Deposition | November 20, 2023 | March 20, 2025 |
| Defendant's Response in Opposition to Plaintiff's Motion for Class Certification / Defendant's Initial Expert Witness Disclosure and Reports | December 21, 2023 | April 14, 2025 |
| Plaintiff's Reply in Support of Motion for Class Certification/ Rebuttal Expert Witness Disclosures | January 22, 2024 | May 22, 2025 |
| Close of Fact Discovery | May 6, 2024 | September 8, 2025 |
| Expert Disclosures and Reports | July 8, 2024 | November 7, 2025 |
| Rebuttal Expert Disclosures and Reports | September 13, 2024 | January 21, 2026 |
| Close of Expert Discovery | October 11, 2024 | February 11, 2026 |
| Last Day to Hear Dispositive Motions | 11/14/2024 at 9:00 AM | TBD by the Court |
| Final Pretrial Conference | 2/27/2025 at 1:30 PM | TBD by the Court |
| Trial | 4/7/2025 at 9:00 AM | TBD by the Court |

     IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: October 3, 2023 | Respectfully submitted, |
| 2 | | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC |
| 3 | | By: */s/ Gary Klinger* |
| 4 | | Gary Klinger<br>Russell Busch |
| 5 | | 227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606 |
| 6 | | Tel: (866) 252-0878<br>Email:  gklinger@milberg.com |
| 7 | | rbusch@milberg.com |
| 8 | | Trenton R. Kashima<br>401 West C St., Suite 1760 |
| 9 | | San Diego, CA 92101<br>Tel: (714) 651-8845 |
| 10 | | Email: tkashima@milberg.com |
| 11 | | *Attorneys for Plaintiffs* |
| 12 | Dated: October 3, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| 13 | | By: */s/ Molly Moriarty Lane* |
| 14 | | Molly Moriarty Lane<br>Phillip J. Wiese |
| 15 | | Christina Chen<br>One Market, Spear Street Tower |
| 16 | | San Francisco, CA  94105-1596<br>Tel: +1.415.442.1000 |
| 17 | | Email:  molly.lane@morganlewis.com<br>phillip.wiese@morganlewis.com |
| 18 | | christina.chen@morganlewis.com |
| 19 | | *Attorneys for Defendant* |

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs, whose electronic signature appears above, has concurred in this filing.

By: */s/ Christina Chen*