1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

6
7

GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated,

Case No. 5:22-cv-03794-BLF

8
9

Plaintiff,

**[PROPOSED] ORDER GRANTING STIPULATION FOR AMENDED SCHEDULING ORDER**

10

v.

11

HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,

12
13

Defendant.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered the Stipulation of Plaintiffs Gary Freund and Wayne McMath, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant HP Inc. ("HP" or "Defendant") (collectively, "the Parties"), to modify the Court's prior scheduling orders and request to enter an amended scheduling order, the **COURT ORDERS** that the following deadlines are hereby modified, as set forth below:

| EVENT | ORIGINAL DATE | NEW DATE |
|---|---|---|
| Plaintiff's Motion for Class Certification / Plaintiff's Initial Expert Witness Disclosure and Reports | October 16, 2023 | February 18, 2025 |
| Plaintiffs to Produce Class Certification Experts for Deposition | November 20, 2023 | March 20, 2025 |
| Defendant's Response in Opposition to Plaintiff's Motion for Class Certification / Defendant's Initial Expert Witness Disclosure and Reports | December 21, 2023 | April 14, 2025 |
| Plaintiff's Reply in Support of Motion for Class Certification/ Rebuttal Expert Witness Disclosures | January 22, 2024 | May 22, 2025 |
| Close of Fact Discovery | May 6, 2024 | September 8, 2025 |
| Expert Disclosures and Reports | July 8, 2024 | November 7, 2025 |
| Rebuttal Expert Disclosures and Reports | September 13, 2024 | January 21, 2026 |
| Close of Expert Discovery | October 11, 2024 | February 11, 2026 |
| Last Day to Hear Dispositive Motions | 11/14/2024 at 9:00 AM | TBD by the Court |
| Final Pretrial Conference | 2/27/2025 at 1:30 PM | TBD by the Court |
| Trial | 4/7/2025 at 9:00 AM | TBD by the Court |

[PROPOSED] ORDER GRANTING STIP. FOR AMENDED SCHEDULING ORDER

**IT IS SO ORDERED.**

Dated: _____     By: _____

The Honorable Beth L. Freeman
United States District Judge