# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>HP, INC,<br><br>        Defendant. | Case No. 22-cv-03794-BLF<br><br>**ORDER REGARDING STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>[Re ECF No. 65] |

The Parties recently submitted a joint stipulation requesting a modification to the Scheduling Order. ECF No. 65. The requested dates are unreasonable. Discovery has been open since October 20, 2022, and the pending Motion to Strike Answer to Amended Complaint (ECF No. 61) is virtually irrelevant to the progress of the case.

The Court will allow the following extensions:

| EVENT | ORIGINAL DATE | NEW DATE |
|---|---|---|
| Plaintiff's Motion for Class Certification / Plaintiff's Initial Expert Witness Disclosure and Reports | October 16, 2023 | March 1, 2024 |
| Last Day to Hear Dispositive Motions | 11/14/2024 at 9:00 AM | April 17, 2025 |
| Final Pretrial Conference | 2/27/2025 at 1:30 PM | July 10, 2025 at 1:30 PM |
| Trial | 4/7/2025 at 9:00 AM | August 11, 2025 |

\\

The Parties SHALL submit agreed upon discovery cutoff dates consistent with the order.

**IT IS SO ORDERED.**

Dated: October 6, 2023

_____
BETH LABSON FREEMAN
United States District Judge