| | |
|---|---|
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**<br>Trenton R. Kashima (SBN 291405)<br>401 West C St., Suite 1760<br>San Diego, CA 92101<br>Tel: (714) 651-8845<br>tkashima@milberg.com<br><br>*Attorneys for Plaintiffs and the Class*<br><br>[Additional counsel listed on signature page] | **MORGAN, LEWIS & BOCKIUS LLP**<br>Molly Moriarty Lane, Bar No. 149206<br>molly.lane@morganlewis.com<br>Phillip J. Wiese, Bar No. 291842<br>phillip.wiese@morganlewis.com<br>Christina Chen, Bar No. 294921<br>christina.chen@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Tel:  +1.415.442.1000<br>Fax:  +1.415.442.1001<br><br>*Attorneys for Defendant*<br>*HP Inc.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,<br><br>Defendant. | Case No. 5:22-cv-03794-BLF<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO STRIKE HP'S ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Original Complaint Filed:  June 27, 2022<br>Judge:  Hon. Beth Labson Freeman |

Plaintiffs Gary Freund and Wayne McMath, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant HP Inc. ("HP" or "Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and request an order extending the briefing schedule for the Parties to file any response and replies to Plaintiffs' Motion to Strike Defendant's Affirmative Defenses in Its Answer to Plaintiffs' Amended Complaint.

## RECITALS

1. On September 27, 2023, Plaintiffs filed their Motion to Strike Defendant's Affirmative Defenses in Its Answer to Plaintiffs' Amended Complaint (the "Motion"). Dckt. No. 62.

2. The hearing on the Motion is set for February 22, 2024, at 9:00 am. The deadline to file an opposition to the motion is October 11, 2023, and the deadline to file a reply is October 18, 2023. *Id.*

3. The Parties have conferred and respectfully request that the Court grant HP a two-week extension of its deadline to respond to the Motion, and Plaintiffs a one-week extension from their current deadline to file a reply to any response to the Motion.

4. Good cause exists for the requested extensions, as the stipulated deadlines will not change or alter the date of any event or any deadline already fixed by Court order under Local Rule 6-1(a). The extension will provide the Parties time to meet and confer to determine whether they can reach resolution as to Plaintiffs' Motion without the need for court intervention. Moreover, the extended deadlines will not interfere or otherwise impact the hearing date that has been set for the Motion on February 22, 2024.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED and REQUESTED by and between the Parties, through their respective counsel, that:

1. HP's response to Plaintiffs' Motion to Strike Defendant's Affirmative Defenses in Its Answer to Plaintiffs' Amended Complaint shall be due on October 25, 2023.

2. Plaintiffs' deadline to file a reply to any opposition filed in response to Plaintiffs' Motion to Strike Defendant's Affirmative Defenses in Its Answer to Plaintiffs' Amended Complaint shall be due on November 1, 2023.

**IT IS SO STIPULATED.**

Dated: October 9, 2023

Respectfully submitted,

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC

By: */s/ Gary Klinger*
Gary Klinger
Russell Busch
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
Email:  gklinger@milberg.com
           rbusch@milberg.com

Trenton R. Kashima
401 West C St., Suite 1760
San Diego, CA 92101
Tel: (714) 651-8845
 Email: tkashima@milberg.com

*Attorneys for Plaintiffs*

Dated: October 9, 2023

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Molly Moriarty Lane*
Molly Moriarty Lane
Phillip J. Wiese
Christina Chen
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: +1.415.442.1000
Email:  molly.lane@morganlewis.com
            phillip.wiese@morganlewis.com
            christina.chen@morganlewis.com

*Attorneys for Defendant*

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs, whose electronic signature appears above, has concurred in this filing.

By: */s/ Christina Chen*