UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,<br><br>Defendant. | Case No. 5:22-cv-03794-BLF<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO STRIKE HP'S ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Original Complaint Filed: June 27, 2022<br>Judge: Hon. Beth Labson Freeman |

Having considered the Stipulation of Plaintiffs Gary Freund and Wayne McMath (the "Plaintiffs") and Defendant HP Inc. ("HP") (collectively, "the Parties"), seeking an order to extend the briefing schedule for the Parties to file any response and replies to Plaintiffs' Motion to Strike Defendant's Affirmative Defenses in Its Answer to Plaintiffs' Amended Complaint., and GOOD CAUSE APPEARING, the **COURT ORDERS** as follows:

1. HP's response to Plaintiffs' Motion to Strike Defendant's Affirmative Defenses in Its Answer to Plaintiffs' Amended Complaint shall be due on October 25, 2023.

2. Plaintiffs' deadline to file a reply to any opposition filed in response to Plaintiffs' Motion to Strike Defendant's Affirmative Defenses in Its Answer to Plaintiffs' Amended Complaint shall be due on November 1, 2023.

**IT IS SO ORDERED.**

Dated: _____   By: _____
                                           The Honorable Beth L. Freeman
                                           United States District Judge