Trenton R. Kashima
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
T : (212) 946-9389
tkashima@milberg.com

[Additional counsel listed on signature page]

*Attorneys for Plaintiffs*
*and the Proposed class*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| **GARY FREUND and WAYNE MCMATH,** individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**HP INC.,** d/b/a **HP COMPUTING AND PRINTING INC.,** Delaware corporation,<br><br>Defendant. | Case No. 5:22-cv-03794-BLF<br><br>**PLAINTIFFS' WITHDRAWAL OF NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES IN ITS ANSWER TO THE FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (ECF62), (ECF67), AND (ECF68)**<br><br>Judge:   Honorable Beth L. Freeman<br><br>Date Action Filed: June 27, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, Gary Freund and Wayne McMath have entered into a Stipulation with Defendants to amend their Answer by November 22, 2023 (ECF 67).

Plaintiffs withdraw their Motion to Strike Defendant's Affirmative Defenses in its Answer to the First Amended Complaint as moot (ECF62).

Dated:  October 25, 2023

Respectfully submitted,

By:   _/s/ Trenton R. Kashima_

Trenton R. Kashima (SBN 291405)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (619) 810-7047
Email: tkashima@milberg.com

Nick Suciu*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel: (313) 303-3472
Email: nsuciu@milberg.com

Gary Klinger*
Russell Busch*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.:    (866) 252-0878
Email: gklinger@milberg.com
          rbusch@milberg.com

*_Pro Hac Vice_ Application Forthcoming

_Attorneys for Plaintiffs and the Class_