| | |
|---|---|
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** <br> Trenton R. Kashima (SBN 291405) <br> 401 West C St., Suite 1760 <br> San Diego, CA 92101 <br> Tel: (714) 651-8845 <br> tkashima@milberg.com <br><br> *Attorneys for Plaintiffs and the Class* <br><br> [Additional counsel listed on signature page] | **MORGAN, LEWIS & BOCKIUS LLP** <br> Molly Moriarty Lane, Bar No. 149206 <br> molly.lane@morganlewis.com <br> Phillip J. Wiese, Bar No. 291842 <br> phillip.wiese@morganlewis.com <br> Christina Chen, Bar No. 294921 <br> christina.chen@morganlewis.com <br> One Market, Spear Street Tower <br> San Francisco, CA 94105-1596 <br> Tel: +1.415.442.1000 <br> Fax: +1.415.442.1001 <br><br> *Attorneys for Defendant HP Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation, <br><br> Defendant. | Case No. 5:22-cv-03794-BLF <br><br> **STIPULATION TO SET DEADLINE FOR DEFENDANT TO AMEND ANSWER** <br><br> Original Complaint Filed: June 27, 2022 <br> Judge: Hon. Beth Labson Freeman |

Plaintiffs Gary Freund and Wayne McMath, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant HP Inc. ("HP" or "Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and request an order setting a date by which HP will amend its Answer. This stipulation is based on the following facts:

## RECITALS

1. On September 21, 2023, HP filed its Answer to Plaintiffs' First Amended Complaint (the "Answer"). Dkt. No. 61. In addition to responding to the allegations in the First Amended Complaint, HP's Answer set forth 14 affirmative defenses.

2. On September 27, 2023, Plaintiffs moved to strike each of HP's 14 affirmative defenses (the "Motion"). Dkt. No. 62.

3. The parties have conferred about the points raised in the Motion and HP agreed to amend its Answer by November 22, 2023. In the meantime, Plaintiffs agreed to withdraw the Motion. Once HP has filed its Amended Answer, the Parties agree to meet and confer to determine whether there are any outstanding issues related to the arguments raised in Plaintiffs' Motion left to be addressed.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED and REQUESTED by and between the parties, through their respective counsel, that:

1. HP will amend its Answer to the First Amended Complaint by November 22, 2023;

2. Plaintiffs will withdraw their Motion; and

3. Once HP has filed its Amended Answer, the Parties agree to meet and confer to address any outstanding unresolved issues from Plaintiffs' Motion.

**IT IS SO STIPULATED.**

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

2

STIPULATION TO SET DEADLINE FOR DEFENDANT TO AMEND ANSWER

| | | |
|---|---|---|
| 1 | Dated: October 27, 2023 | Respectfully submitted, |
| 2 | | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC |

By: */s/ Trenton R. Kashima*
Gary Klinger
Russell Busch
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
Email: gklinger@milberg.com
         rbusch@milberg.com

Trenton R. Kashima
401 West C St., Suite 1760
San Diego, CA 92101
Tel: (714) 651-8845
Email: tkashima@milberg.com

*Attorneys for Plaintiffs*

Dated: October 27, 2023            MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Molly Moriarty Lane*
Molly Moriarty Lane
Phillip J. Wiese
Christina Chen
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Email: molly.lane@morganlewis.com
         phillip.wiese@morganlewis.com
         christina.chen@morganlewis.com

*Attorneys for Defendant*

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs, whose electronic signature appears above, has concurred in this filing.

By: /s/ *Phillip J. Wiese*