UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC., d/b/a HP COMPUTING AND PRINTING INC., Delaware corporation,<br><br>Defendant. | Case No. 5:22-cv-03794-BLF<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO STRIKE HP'S ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Original Complaint Filed: June 27, 2022<br>Judge: Hon. Beth Labson Freeman |

Having considered the Stipulation of Plaintiffs Gary Freund and Wayne McMath (the "Plaintiffs") and Defendant HP Inc. ("HP") (collectively, "the Parties"), seeking an order to set the deadline for HP to amend its Answer to the First Amended Complaint, and GOOD CAUSE APPEARING, the **COURT ORDERS** as follows:

1. HP will amend its Answer to the First Amended Complaint by November 22, 2023;
2. Plaintiffs will withdraw their Motion; and
3. Once HP has filed its Amended Answer, the Parties agree to meet and confer to address any outstanding unresolved issues from Plaintiffs' Motion.

**IT IS SO ORDERED.**

Dated: _____    By: _____
                                    The Honorable Beth L. Freeman
                                    United States District Judge