1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

GARY FREUND and WAYNE MCMATH,
individually and on behalf of all others similarly
situated,

        Plaintiff,

     v.

HP INC., d/b/a HP COMPUTING AND
PRINTING INC., Delaware corporation,

        Defendant.

Case No. 5:22-cv-03794-BLF

[PROPOSED] ORDER GRANTING
STIPULATION AND SETTING
DEADLINE FOR DEFENDANT TO
AMEND ANSWER

**AS MODIFIED BY THE COURT**

Original Complaint Filed:  June 27, 2022
Judge:  Hon. Beth Labson Freeman

Having considered the Stipulation of Plaintiffs Gary Freund and Wayne McMath (the "Plaintiffs") and Defendant HP Inc. ("HP") (collectively, "the Parties"), seeking an order to set the deadline for HP to amend its Answer to the First Amended Complaint, and GOOD CAUSE APPEARING, the **COURT ORDERS** as follows:

1. HP will amend its Answer to the First Amended Complaint by November 22, 2023;

2. Plaintiffs will withdraw their Motion; and

3. Once HP has filed its Amended Answer, the Parties agree to meet and confer to address any outstanding unresolved issues from Plaintiffs' Motion.

**IT IS SO ORDERED.**

Dated: _October 30, 2023_____   By: _____

The Honorable Beth L. Freeman
United States District Judge

[PROPOSED] ORDER ON STIPULATION
CASE NO. 5:21-CV-08015-BLF