AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Gary Freund and Wayne McMath | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.  5:22-cv--03794-BLF |
| HP, Inc., d/b/a HP Computing and Printing, Inc. | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 10/30/2023

s/John R. Parker, Jr.
*Attorney's signature*

John R. Parker, Jr. (CA Bar#257761)
*Printed name and bar number*

Almeida Law Group LLC
3550 Watt Avenue, Suite 140
Sacramento, California 95821

*Address*

jrparker@almeidalawgroup.com
*E-mail address*

(916) 616-2936
*Telephone number*

*FAX number*