**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GARY FREUND, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>HP, INC,<br><br>    Defendant. | Case No. 22-cv-03794-BLF<br><br>**ORDER TO SHOW CAUSE** |

On October 4, 2023, the parties submitted a proposed stipulation extending the deadline for "Plaintiff's Motion for Class Certification" from October 16, 2023 to February 18, 2025. ECF No. 65. The Court rejected the request, writing that it would allow for an extension to March 1, 2024, and ordering the parties to "submit agreed upon discovery cutoff dates consistent with the order." ECF No. 66. The parties did not submit additional discovery cutoff dates.

On October 27, 2023, the parties stipulated to Defendant filing an amended answer to Plaintiff's First Amended Complaint by November 22, 2023, which the Court approved. ECF No. 71. Defendant timely filed an amended answer. *See* ECF Nos. 73, 74. However, March 1, 2024 has come and gone, and Plaintiffs have not filed a motion for class certification. The parties are ORDERED TO SHOW CAUSE in writing by **March 28, 2024** why they have not submitted additional discovery cutoff dates and why the class allegations should not be stricken and dismissed for failure to comply with the Court's scheduling order.

**IT IS SO ORDERED.**

Dated: March 14, 2024

                 _____
                 BETH LABSON FREEMAN
                 United States District Judge