John J. Nelson (SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 S. Beverly Drive
Beverly Hills CA  90212
Tel.:    (858) 209-6941
jnelson@milberg.com

*Attorneys for Plaintiff and the Class*
*Additional Counsel on Signature Page*

[APPROVED stamp — Judge Beth Labson Freeman]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FREUND and WAYNE MCMATH, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>HP, INC. d/b/a HP COMPUTING AND PRINTING INC., a Delaware Corporation,<br><br>              Defendant. | Case No. 5:22-CV-3794-BLF |

### STIPULATION OF DISMISSAL

The parties, by and through their counsel of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)(authorizing voluntary dismissal "without a court order" upon a "stipulation of dismissal signed by all parties who have appeared"), that (1) any and all claims of the named plaintiffs in the above-captioned action are voluntarily dismissed in their entirety, with prejudice; and (2) any and all claims of the putative members of the uncertified class alleged in the First Amended Complaint (ECF 43) are dismissed without prejudice.   Each party shall bear its own fees and costs.

Dated: March 28, 2024

Respectfully submitted,

*/s/ John Nelson*
John J. Nelson (SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 South Beverly Drive
Beverly Hills, California 90212
Tel.:   (858) 209-6941
jnelson@milberg.com

Trenton R. Kashima (SBN 291405)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
401 West C. Street, Suite 1760
San Diego, CA 92101
Tel.:   (714) 651-8845
tkashima@milberg.com

*Attorneys for Plaintiffs and the Class*

*/s/ Molly Moriarty Lane*
Molly Moriarty Lane, Bar No. 149206
molly.lane@morganlewis.com
Phillip J. Wiese, Bar No. 291842
phillip.wiese@morganlewis.com
Christina Chen, Bar No. 294921
christina.chen@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: 415.442.1000
Fax: 415.442.1001

*Attorneys for Defendant HP INC.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 28, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*s/ John Nelson*
John J. Nelson (SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 South Beverly Drive
Beverly Hills, California 90212
Tel.: (858) 209-6941
jnelson@milberg.com