United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GARY FREUND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HP, INC,<br><br>    Defendant. | Case No. 22-cv-03794-BLF<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On March 14, 2024, the Court issued an Order to Show Cause directing Plaintiff to show cause why the class allegations should not be stricken and dismissed for failure to comply with the Court's scheduling order. *See* ECF No. 76. On March 28, 2024, the parties filed a joint stipulation of dismissal. *See* ECF Nos. 77, 78. Accordingly, the Order to Show Cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: March 28, 2024

_____
BETH LABSON FREEMAN
United States District Judge